UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LILY KO,

             Plaintiff,

    v.

REBECCA FLEMING,

             Defendant.

Case No. 17-cv-04885-EMC

**ORDER OF DISMISSAL**

Docket No. 6

Upon initial review pursuant to 28 U.S.C. § 1915A, the Court determined that Plaintiff's initial pleading failed to state a claim upon which relief may be granted and granted Plaintiff leave to file an amended complaint. *See* Docket No. 5. The Court cautioned Plaintiff that failure to file an amended complaint by the deadline would result in the dismissal of this action. *See id.* at 8. Plaintiff did not file an amended complaint, and the deadline by which to do so has long passed.

Plaintiff failed to file an amended complaint, she did file document entitled "writ of mandamus to withdraw beneficiary, re-appoint original beneficiary to trust." Docket No. 6. The document makes no sense, does not provide the information the Court directed Plaintiff to provide in an amended complaint, and fails to state a claim upon which relief may be granted.

Accordingly, this action is dismissed for failure to state a claim upon which relief may be granted. The Clerk shall close the file

**IT IS SO ORDERED**.

Dated: April 12, 2018

_____
EDWARD M. CHEN
United States District Judge